JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>        Plaintiffs,<br>    v.<br><br>CALEX ENGINEERING, INC., a California corporation doing business as "Cal Ex Engineering Co." and "Cal-Ex Engineering Co."; CALEX ENGINEERING CO., a California general partnership doing business as "Cal Ex Engineering Co." and "Cal-Ex Engineering Co."; EARTHWORK SYSTEMS, INC., a California corporation and general partner of Calex Engineering Co.; GERALD GIBBS, a general partner of Calex Engineering Co.; MICHAEL NEILSON, a general partner of Calex Engineering Co.; KENNETH PAUL SEITZ, a general partner of Calex Engineering Co.; JAMES THOMPSON, a general partner of Calex Engineering Co.; JULIE THOMAS, a general partner of Calex Engineering Co.,<br><br>        Defendants. | CASE NO.: CV 12-09548-MMM (Ex)<br><br>ASSIGNED TO THE HONORABLE MARGARET M. MORROW<br><br>[~~PROPOSED~~] JUDGMENT |

/ / /

**[PROPOSED] JUDGMENT**

[Proposed] Judgment.docx

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants CALEX ENGINEERING, INC., a California corporation doing business as "Cal Ex Engineering Co." and "Cal-Ex Engineering Co."; CALEX ENGINEERING CO., a California general partnership doing business as "Cal Ex Engineering Co." and "Cal-Ex Engineering Co."; EARTHWORK SYSTEMS, INC., a California corporation and general partner of Calex Engineering Co.; MICHAEL NEILSON, a general partner of Calex Engineering Co.; and KENNETH PAUL SEITZ, a general partner of Calex Engineering Co., and plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from CALEX ENGINEERING, INC., CALEX ENGINEERING CO., EARTHWORK SYSTEMS, INC., MICHAEL NEILSON, and KENNETH PAUL SEITZ, jointly and severally, the principal amount of $734,119.24, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum, from January 1, 2013, until the date the judgment is paid in full.

DATED: March 15, 2013

*Margaret M. Morrow*
UNITED STATES DISTRICT JUDGE